IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BARRY E. YARBROUGH, as father and next of kin of Trevor E. Yarbrough, deceased, *et al.*, ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Civil No. 3:06-0730 Judge Trauger |
| AVCO CORPORATION, d/b/a Lycoming Engines, *et al.*, ) ) ) | |
| Defendants. ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Plaintiff's Motion to Remand this Action to the State Court Pursuant to 28 U.S.C. § 1447(c) (Docket No. 26) is **GRANTED**, and the Clerk is instructed to remand this case to the Circuit Court for Davidson County, Tennessee. All other pending motions (Docket Nos. 14, 32, 37) are **DENIED** as moot.

It is so ordered.

Enter this 10th day of October 2006.

ALETA A. TRAUGER
United States District Judge